IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION
AT COLUMBUS, GEORGIA



## MINUTE SHEET re: MOTION HEARING (UNCONTESTED/NON-EVIDENTIARY)

Date:   November 7, 2013                Court Time for JS10:   1 hour 10 minutes

Judge:  CLAY D. LAND                    Court Reporter:  Eric Cavanaugh

Courtroom Deputy:  Elizabeth S. Long    Interpreter: N/A

Case Number: 4:12-CV-244-CDL

SYNOVUS BANK                            Counsel: Stephen G. Gunby and Alan Snipes

v.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY

Counsel: Dana Garrett Diment

*DISCLAIMER:   CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

Participants identified

The Court heard from counsel for both parties regarding Defendant's Motion to Compel (ECF No. 21)

The motion is GRANTED IN PART / DENIED IN PART – Plaintiff will produce documents showing the relationship between BAM and Synovus.  Additionally, plaintiff will produce documents showing when the subject matter property interest was transferred to BAM and how that was accomplished.  Finally, defendant will provide to plaintiff a Notice for 30(b)(6) deposition specifying the narrow scope to be discussed so that the plaintiff can produce the most qualified witness(es) for deposition who can testify to those documents produced and the transaction itself.  With regard to the marketing of the property, plaintiff shall produce within seven (7) days any documents in their custody and control that pertain to this request.

The Court will not award attorney's fees regarding this motion.

Parties shall prepare and submit to the Court, as soon as possible following the hearing, a proposed Amended Scheduling Order.  The Court requested that all dispositive motions be fully briefed by the end of the year.  Additionally, parties will be allowed a page extension on the brief in support of dispositive motions and the response brief (30 page limit for each).